# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SCOTT T. BEHLING | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-3587-S-BH |
| | § | |
| ROBERT N. VIRDEN and | § | |
| VANESSA EDWARDS | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 27]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff's Motion for Judgment on the Pleadings [ECF No. 26] is **DENIED**. By separate judgment, his federal claims will be *sua sponte* **DISMISSED** with prejudice for failure to state a claim, and any state law claims will be **DISMISSED** without prejudice for lack of subject matter jurisdiction.

**SO ORDERED.**

SIGNED August 11, 2021

**UNITED STATES DISTRICT JUDGE**